MARTIN, Appellant, v. BEEDE, Respondent. (Supreme Court, Appellate Division, Third De-

partment. November 15, 1899.) Action by Robert E. Martin against Orlando Beede. No opinion. Judgment affirmed, with costs.